

# Fourth Court of Appeals
## San Antonio, Texas

September 3, 2019

No. 04-19-00477-CV

**IN THE MATTER OF THE GUARDIANSHIP OF CHARLES INNESS THRASH**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

Appellant's motion for leave to file an amended notice of appeal is granted.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of September, 2019.



_____
Keith E. Hottle,
Clerk of Court